| AC 10<br>Rev. 1.2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Huck, Paul C | 2. Court or Organization<br><br>SD - FL | 3. Date of Report<br><br>5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. Report Type (check appropriate type)<br><br>◯ Nomination, Date<br><br>◯ Initial  ⦿ Annual  ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>99 N.E. Fourth Street<br>Suite 1067<br>Miami, FL 33132 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED Jun 26 10 55 AM '04
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Kozyak Tropin & Throckmorton - Deferred | 22,044.00 |
| 2. | 2003 | University of Miami | 4,500.00 |
| 3. | 2003 | Self Employed - Legal Search Consultant | |
| 4. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Gibraltar Bank FSB, Checking Account | A | Interest | J | T | | | | | |
| 2. Gibraltar Bank, FSB Money Market | A | Interest | L | T | | | | | |
| 3. Northern Trust Bank | A | Interest | J | T | | | | | |
| 4. Kozyak Tropin & Throckmorton - Promisory Note | A | Interest | | | Satisfied | | | | Kozyak |
| 5. Eisenberg - Mortgage Note | | None | | | Satisfied | | | | Eisenberg |
| 6. Marwil - Promisory Note | D | Interest | N | T | | | | | |
| 7. Lakehouse I Ltd. | A | Distribution | J | U | | | | | |
| 8. Earl K. Oman, Trustee, Mortgage #1 | D | Interest | M | T | | | | | |
| 9. Earl K. Oman, Trustee, Mortgage #2 | D | Interest | L | T | | | | | |
| 10. Earl K. Oman, Trustee, Mortgage #3 | D | Interest | L | T | | | | | |
| 11. Earl K. Oman, Trustee, Mortgage #4 | C | Interest | K | T | | | | | |
| 12. Earl K. Oman, Trustee Mortgage #6 | D | Interest | M | T | | | | | |
| 13. Earl K. Oman, Trustee, Mortgage #5 | C | Interest | | | Satisfied | | | | |
| 14. Oman Trustee #7 | B | Interest | K | T | | | | | New Mortgage |
| 15. Oman Trustee #8 | C | Interest | L | T | | | | | New Mortgage |
| 16. The Preserve at San Luis (X) | D | Interest | L | T | | | | | K-1 Partnership |
| 17. The Enclave/Royal Palm Beach | | None | K | T | | | | | K-1 Partnership |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FSP Collins Crossing | C | Dividend | L | T | | | | | 1099 - New |
| 19. Smith Barney Money Market | A | Dividend | J | T | | | | | |
| 20. Citibank USA | A | Interest | M | T | | | | | |
| 21. Smith Barney Money Fund #1 | A | Interest | L | T | | | | | |
| 22. Smith Barney Money Fund #2 | B | Interest | M | T | | | | | |
| 23. New York Life Insurance | B | Interest | J | T | | | | | |
| 24. Aim Blue Chip Fund CL A | A | Dividend | L | T | | | | | |
| 25. Aim Charter Fund CL A | A | Dividend | K | T | | | | | |
| 26. Aim Weingarten Fund Cl A | | None | K | T | | | | | |
| 27. Smith Barney S&P 500 Index | A | Dividend | K | T | | | | | |
| 28. Fla. ST Brd Ed Cap | B | Cap Gain | | - | Redemption | 6/03 | K | A | |
| 29. Orange Cty FL Tourist DV Tax | C | Cap Gain | L | T | | | | | |
| 30. Palm Bch Cty. FL HFA M/Fam | A | Cap Gain | L | T | | | | | |
| 31. Fl Ports Fing Comm Rev | | None | L | T | | | | | |
| 32. Mia-Dade Cty FL Pub Svc Tax | B | Cap Gain | L | T | | | | | |
| 33. Osceola Co Fl West 192 REDV | C | Cap Gain | L | T | | | | | |
| 34. Pinellas Co Fl Re Recovery | | None | | | Redemption | 10/03 | K | A | |
| 35. Village Ctr Cmnty Dev Dist | C | Cap Gain | L | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. Davis NY Venture Fund A | A | Dividend | L | T | | | | | |
| 37. Davis NY Venture Fund B | A | Dividend | K | T | | | | | |
| 38. Putnam Diversified Inc Tr | | None | | | Sale | 4/03 | K | A | |
| 39. Aim Value Fund Cl A | B | Capital Gain | M | T | | | | | |
| 40. Aim Value Fund Cl B | | None | | | Sale | 4/03 | L | | |
| 41. Aim Weingarten Fund Cl A | A | Capital Gain | K | T | | | | | |
| 42. American Express | | Dividend | J | T | Partial Sale | 08/02 | K | | |
| 43. American Express | A | Dividend | K | T | | | | | |
| 44. Bellsouth Corp | A | Dividend | J | T | | | | | |
| 45. CocaCola Bottling Co Cons | A | Dividend | | | Sale | 10/03 | K | | |
| 46. Citigroup Inc | B | Dividend | M | T | | | | | |
| 47. Microsoft | A | Dividend | J | T | Sale | 5/03 | K | | |
| 48. Florida Rock Industries | A | Dividend | K | T | | | | | |
| 49. Noven Pharm. | | None | K | T | Sale | 8/03 | K | | |
| 50. McDonald's Corp | | None | J | T | Sale | 2/03 | J | | |
| 51. Schein (Henry) Inc | | None | K | T | Sale | 2/03 | K | | |
| 52. CFS Holdings, Inc. | | None | K | T | | | | | |
| 53. RPM International | | None | K | T | Buy | 05/02 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,000-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54. Dell Computers | B | Cap Gain | J | T | | | | | |
| 55. Florida Banks | C | Cap Gain | | | Partial Sale | 11/03 | J | C | |
| 56. Florida Banks | D | Cap Gain | K | T | | | | | |
| 57. Republic Bancshares Inc | D | Dividend | K | T | | | | | |
| 58. Republic Bancshares Inc | | | | | Partial Sale | 12/03 | K | D | |
| 59. Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 60. Angelica Corp | | None | | | Sale | 2/03 | J | | |
| 61. Kraft Foods Inc Class A | | None | | | Sale | 1/03 | K | | |
| 62. Philip Morris | A | Dividend | K | T | | | | | |
| 63. Altria Group | A | Dividend | K | T | | | | | |
| 64. Altria Group | | None | | | Sale | 3/03 | K | | |
| 65. Ishares TR MSCI EAFE INDEX FD | | None | L | T | Buy | 4/03 | | | |
| 66. ISHARES RUSSELL MIDCAP VALUE INDEX FD | | None | L | T | Buy | 4/03 | | | |
| 67. ISHARES TR RUSSELL MIDCAP INDEX FD | | | L | T | Buy | 4/03 | | | |
| 68. ISHARES RUSSELL 1000 VALUE IND FD | | | L | T | Buy | 4/03 | | | |
| 69. ISHARES RUSSELL 1000 GROWTH INDEX FD | | | L | T | Buy | 4/03 | | | |
| 70. ISHARES TR RUSSELL 2000 VALUE INDEX FD | | | L | T | Buy | 4/03 | | | |
| 71. ISHARES TR RUSSELL 2000 GROWTH INDEX FD | | | L | T | Buy | 4/03 | | | |

1. Income/Gain Codes:      A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Huck, Paul C | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 72. Kraft Foods Inc | | | L | T | Buy | 4/03 | | | |
| 73. Household Fin Corp | | | L | T | Buy | 4/03 | | | |
| 74. CocaCola Enterprises Notes | | | K | T | Buy | 4/03 | | | |
| 75. JP Morgan Chase & Co | | | L | T | Buy | 4/03 | | | |
| 76. Casts For GECC II | | | K | T | Buy | 4/03 | | | |
| 77. Goldman Sachs Group | | | L | T | Buy | 4/03 | | | |
| 78. Mohawk Industries | | | K | T | Buy | 5/03 | K | | |
| 79. Mohawk Industries | D | Cap Gain | K | T | Sale | 10/03 | K | D | |
| 80. Network Appliance Inc | | | K | T | Buy | 8/03 | K | | |
| 81. Network Appliance Inc | | None | K | T | Sale | 11/03 | K | | |
| 82. Williams Sonoma | | None | K | T | Buy | 11/03 | K | | |
| 83. Williams Sonoma | | None | K | T | Buy | 12/03 | K | | |
| 84. Fastenel Co | | | K | T | Buy | 11/03 | K | | |
| 85. Fastenel Co | | None | K | T | Buy | 12/03 | K | | |
| 86. Zimmer Holdings Inc | | None | K | T | Buy | 2/03 | K | E | |
| 87. Zimmer Holdings Inc | | None | K | T | Buy | 3/03 | K | | |
| 88. Tenet Healthcare | | Cap Gain | K | T | Buy | 8/03 | J | B | |
| 89. Ivax Corp | | Cap Gain | J | T | Buy | 5/03 | K | D | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Huck, Paul C | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 90. | Fifth Third Bancorp | | CapGain | K | T | Buy | 5/03 | K | C | |
| 91. | Progressive Corp Ohio | | Cap Gain | L | T | Buy | 3/03 | L | E | |
| 92. | Xerox Corp | | Cap Gain | K | T | Buy | 6/03 | K | C | |
| 93. | Williams Cos Inc | | Cap Gain | J | T | Buy | 8/03 | J | B | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____          Date _July 18, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544